KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7158
    Facsimile: (415) 436-7234
    Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No.: CR 06-113 PJH |
|     Plaintiff,     ) | PARTIES' STIPULATION AND |
|          ) | ~~PROPOSED~~ ORDER EXCLUDING |
|     v.     ) | TIME UNDER SPEEDY TRIAL ACT |
| CLEMENT CHAN,     ) | |
|     Defendant.     ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared before this Court on April 5, 2006 for the defendant's initial appearance on the indictment.

    2. Subsequent to a bail review hearing, the Court agreed to continue the matter until May 17, 2006 for change of plea or trial setting.

    3. Counsel for the defendant indicated that he required additional time to receive and review the forensic discovery in this matter.  The defendant requested an exclusion of time based upon effective preparation of counsel.  The request was granted by the Court.

    4. The parties move that the time period from April 5, 2006 through May 17, 2006, be excluded from the calculation of time under the Speedy Trial Act due to effective preparation of

STIPULATION AND PROPOSED ORDER
CR 06-113 PJH

1  counsel.

2  5. In light of the foregoing facts, the failure to grant the requested exclusion
3  would unreasonably deny counsel for the defense the reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(A),
5  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
6  These ends outweigh the best interest of the public and the defendant in a speedy trial.  <u>See id.</u> §
7  3161(h)(8)(A).

8  6.  For the reasons stated, the time period from April 5, 2006 through May 17, 2006, shall be
9  excluded from the calculation of time under the Speedy Trial Act.

10  SO STIPULATED.

11  DATED: 4/10/06                                          Respectfully Submitted,

14                                            /s/_____
                                              SUSAN R. JERICH
                                              Assistant United States Attorney

15  DATED: 4/11/06

17                                            /s/_____
                                              GARRICK LEW
                                              Counsel for Defendant

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20  DATED:   4/13/06

21                                            _____
                                              HON. PHYLLIS J. HAMILTON
                                              Judge, United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND PROPOSED ORDER
CR 06-113 PJH                                                  2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed Order in the case of <u>United States v. Clement Chan</u>  No. CR 06-113 PJH, was served today as follows:

<u>Via Facsimile</u>
Garrick Lew, Esq.
600 Townsend Street, Suite 329E
San Francisco, CA 94103
FAX: 415-522-1506

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 4/10/06 at San Francisco, California.


                                      /s/
                                Rawaty Yim
                                United States Attorney's Office