

U.S. Department of Justice
United States Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone Number: 415/436-7200
Fax Number: 415/436-7234



# FAX

| To: | GARRICK LEW, ESQ | From: | RAWATY YIM, LEGAL ASSISTANT TO SUSAN R. JERICH |
|---|---|---|---|
| Phone: | 415-575-3588 | Phone: | 415-436-7028 |
| Fax: | 415-522-1506 | Fax: | 415-436-7234 |
| Date: | July 14, 2006 | Page(s): | 3 including cover |
| Re: | UNITED STATES vs. CLEMENT CHAN | | |

COMMENTS:

Please review, sign page 2, and fax signature page to **415-436-7234**, ATTN: RAWATY. Thank you!

## CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7158
    Facsimile: (415) 436-7234
    Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 06-113 PJH |
| Plaintiff, ) | PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. ) | |
| CLEMENT CHAN, ) | |
| Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties last appeared before this Court on July 12, 2006 for status.

    2. Counsel for the defendant indicated that he required additional time to receive and review the forensic discovery in the matter. The defendant requested an exclusion of time based upon effective preparation of counsel. The request was granted by the Court and the matter was continued until August 23, 2006 for change of plea or trial setting.

    3. The parties move that the time period from July 12, 2006 through August 23, 2006 be excluded from the calculation of time under the Speedy Trial Act due to effective preparation of counsel.

    4. In light of the foregoing facts, the failure to grant the requested exclusion

would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

5. For the reasons stated, the time period from July 12, 2006 through August 23, 2006, shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED: 7/14/06                    Respectfully Submitted,

/s/
SUSAN R. JERICH
Assistant United States Attorney

DATED: 7/14/06

GARRICK LEW
Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  7/24/06

HON. PHYLLIS J. HAMILTON
Judge, United States District Court



IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND PROPOSED ORDER
CR 05-00547 PJH                    2