# United States District Court
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 0 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 06-00113-1 PJH |
| Clement Chan | ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __February 7, 2007__ be continued until __April 25, 2007__ at __2:30 p.m.__

Date: 2/5/07

Phyllis J. Hamilton
United States District Judge

NDC-PSR-009 12/06/04