1  GARRICK S. LEW (State Bar No. 61889)
   600 Townsend Street, Suite 329E
2  San Francisco, CA 94103-4957
   Telephone: (415) 575-3588
3  Facsimile: (415) 522-1506

4  Attorneys for Defendant
   Clement Chan

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )
11                                   )   **CR 06–0113 PJH**
                        Plaintiff,   )
12                                   )   **STIPULATION AND [**~~PROPOSED~~**] ORDER**
        vs.                          )   **FOR CONTINUANCE OF SENTENCING**
13                                   )   **HEARING**
   CLEMENT CHAN,                     )
14                                   )
                                     )
15                      Defendant.   )
                                     )
16  _____ )

17         The United States, through its counsel Susan Jerich, and defendant Clement Chan, through his

18  counsel Garrick Lew, hereby agree and stipulate to continue the sentencing hearing in this case

19  scheduled for Wednesday April 25, 2007, and continue the hearing to June 27, 2007 at 2:30 p.m., before

20  this Court.

21         Defendant's counsel is in need of additional time to verify certain evidence discussed in the 35

22  day presentence report, to submit verification and a progress report of defendant's ongoing therapy at

23  Sharper Future and to discuss and resolve comments and objections to the presentence report with the

24  government and the probation officer.

25         The June 27, 2007 date is the next earliest available date for the parties and Probation Officer

26  E. Ann Searles.

27         SO STIPULATED.

28

                                        1

1   Dated:  April 17, 2007                    _____/s/_____
                                             GARRICK LEW
2                                            Counsel for Clement Chan

3

4   Dated:  April 17, 2007                    _____/s/_____
                                             SUSAN R. JERICH
5                                            Assistant United States Attorney

6

7                                **ORDER**

8        Based upon the facts set forth in the stipulation between the parties, and good cause appearing,

9        IT IS HEREBY ORDERED that the April 25, 2007, sentencing date is vacated and continued

10  to June 27, 2007, at 2:30 P.M.

11

12  DATED: _4/20/07____

13

14                              IT IS SO ORDERED

15

16                              Judge Phyllis J. Hamilton

17

18

19

20

21

22

23

24

25

26

27

28